## **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, <u>personal identifying information in Court filings must be limited as follows</u>:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Timothy Holmes

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

George W Hill Correctional facility

REC'D APR 29

**COMPLAINT**

Jury Trial: ☐ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name             Timothy Holmes
             Street Address   121 Sprig valley rd
             County, City     Darby
             State & Zip Code PA, 19023
             Telephone Number 484-8368413

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: George W Hill
Street Address: 500 Cheyhey Rd
County, City: thortan
State & Zip Code: PA 19313

Defendant No. 2
Name: ___
Street Address: ___
County, City: ___
State & Zip Code: ___

Defendant No. 3
Name: ___
Street Address: ___
County, City: ___
State & Zip Code: ___

Defendant No. 4
Name: ___
Street Address: ___
County, City: ___
State & Zip Code: ___

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   Q  Federal Questions        Q  Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? equal Protection concerning living conditions

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __U.S. Citizen__

Defendant(s) state(s) of citizenship __U.S. Citizen__

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __George W. Hill Correctional facilty__

B. What date and approximate time did the events giving rise to your claim(s) occur? __1-14-22__

C. Facts [What happened to you?]: __They didn't Provide me anything for 5 days sleeping on metal in a holding tank no bunks no Runnig water with numurous people they didnt provide me with anything to drink for hours with people detoxing and throwing up.__

[Who did what?] __The Prison officials, they didn't Provide me with proper treatments, nor housing.__

[Was anyone else involved?] __Yes other Inmates that was in the tank__

[Who else saw what happened?]

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I caught a stomach virus and I didn't see the nurse until being there for 5 days and i only got tempeture took I never got blood took or medication

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like a Relief of 50,000 For my Pain and stres and how they had me livin in there

I declare under penalty of perjury that the foregoing is true and correct.

Signed this April day of 29, 2022.

Signature of Plaintiff _____
Mailing Address  121 Spring Valley rd
_____

Telephone Number  484-836-8413
Fax Number *(if you have one)* _____
E-mail Address  Tholmes0292@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____