IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY HOLMES,<br>    **Plaintiff** | :<br>:<br>: |
| v. | :   **CIVIL ACTION NO. 22-CV-1698**<br>: |
| GEORGE W. HILL<br>CORRECTIONAL FACILITY,<br>    **Defendant** | :<br>:<br>: |

**ORDER**

AND NOW, this 12th day of September, 2022, in light of *pro se* Plaintiff Timothy Holmes's failure to file an amended complaint in accordance with this Court's Order entered on July 13, 2022 (ECF No. 5), which informed Mr. Holmes that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1. Mr. Holmes's case is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

3. If Mr. Holmes did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed amended complaint to that motion for the Court's evaluation.

BY THE COURT:

_____
GENE E.K. PRATTER, J.